

# NUMBER 13-15-00373-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                 **Appellant,**

**v.**

CUPERTINO RESENDEZ ZUNIGA,                               **Appellee.**

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable Ricardo Rodriguez Jr., has filed a motion for dismissal of its appeal on grounds that the appeal has been rendered moot. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
2nd day of September, 2015.